UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 20-00964-JFW (AS) | Date | July 16, 2020 |
|---|---|---|---|
| Title | Jeffrey Geddes v. Westminster Court, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:     (IN CHAMBERS) ORDER TO SHOW CAUSE**

On May 26, 2020, Jeffrey Geddes ("Petitioner"), a California state prisoner proceeding pro se, filed a "Petition for Writ of Habeas Corpus" (Docket Entry No. 1), which the Court construed as a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition") (see Docket Entry No. 3 at 1).

On May 28, 2020, the Court issued an Order Requiring the Filing of a First Amended Petition. (Docket Entry No. 3). (A copy of the Court's May 28, 2020 Order is attached.) The Court screened the Petition and found it deficient in the following respects:

(1) Petitioner has failed to identify the proper Respondent, the name of the person having custody of Petitioner, i.e., prison warden; (2) Petitioner has failed to plainly state "[t]he statutory or other basis for the exercise of jurisdiction by this Court," in violation of Central District Local Rule 8-1 and Fed.R.Civ.P. Rule 8(a); (3) Petitioner's claim(s) are incomprehensible. The Court is unable to discern what claim(s) Petitioner intends to assert; (4) Petitioner has alleged vague and conclusory "claims," in violation of Fed.R.Civ.P. Rule 8(a) and 8(d); (5) It is unclear whether the Petition is an unauthorized, successive petition; and (6) It is unclear whether Petitioner has failed to exhaust each and every "claim" alleged in the Petition.

Id. at 1-2 (footnote omitted).

The Court ordered Petitioner to file, by no later than June 29, 2020, a First Amended

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 20-00964-JFW (AS) | Date | July 16, 2020 |
|---|---|---|---|
| Title | Jeffrey Geddes v. Westminster Court, et al. | | |

Petition for Writ of Habeas Corpus by a Person in Federal Custody, pursuant to 28 U.S.C. § 2241 ("First Amended Petition") on the proper Central District of California form, a copy of which was provided to Petitioner. Id. at 2.[1] Petitioner was instructed that the First Amended Petition "should set forth clearly each claim which Petitioner intends to raise in this proceeding and the factual bases for each claim." Id. at 2.

The Court's May 28, 2020 Order stated the following: "Petitioner is advised that his failure to comply with the above requirements may result in a recommendation that this action be dismissed for failure to comply with the Court's Order and/or for failure to prosecute pursuant to Fed.R.Civ.P 41(b)." Id. at 2 (citing to Pagtalunan v. Galaza, 291 F.3d 639 (9th Cir. 2002)).

To date, Petitioner has failed to file a First Amended Petition, or request an extension of time to do so.

Therefore, Petitioner is **ORDERED TO SHOW CAUSE**, within **thirty (30) days** of the date of this Order (by no later than **August 17, 2020**), why this action should not be dismissed for failure to comply with Court orders and/or prosecute pursuant to Fed.R.Civ.P. 41(b).

Petitioner may discharge this Order by filing a First Amended Petition by a Person in State Custody pursuant to 28 U.S.C. § 2254 on the proper Central District form (which the Clerk of the Court is directed to provide to Petitioner) which complies with the Court's May 28, 2020 Order (except for it being brought pursuant to § 2254 rather than § 2241), **or** a statement setting forth why he is unable to do so.

**Petitioner is expressly warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for**

---

[1] The Court mistakenly ordered Petitioner, a California state prisoner, to file a First Amended Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241, rather than a First Amended Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. This Order will remedy that mistake.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 20-00964-JFW (AS) | Date | July 16, 2020 |
|---|---|---|---|
| Title | Jeffrey Geddes v. Westminster Court, et al. | | |

**his failure to comply with Court orders and/or for his failure to prosecute. See Fed.R. Civ. P. 41(b).**

|  | 0 | : | 0 |
|---|---|---|---|
| Initials of Preparer | | AF | |