**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| JEFFREY GEDDES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WESTMINISTER COURT, et. al.,<br><br>　　　　Respondents. | CASE NO. SACV 20-00964-JFW(AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND**<br><br>**RECOMMENDATIONS OF UNITED**<br><br>**STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered denying the Petition without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

DATED: October 5, 2020

```
                              _____
                                      JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE
```