JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| JEFFREY GEDDES, | CASE NO. SACV 20-00964-JFW(AS) |
|           Petitioner, | **JUDGMENT** |
|    v. | |
| WESTMINISTER COURT, et. al., | |
|           Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 5, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE